479 A.2d 1113

Kramer v. Kramer, Appellant.

Argued March 13, 1984. John C. Youngman, Jr., for appellant; Charles R. Rosamilia, Jr., for appellee.

554

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Appeal quashed.